**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
Robinson Jimenez,

                         Plaintiff,

   -against-                                         18 **CIVIL** 11923 (AJN)

## JUDGMENT

Alejandro Mayorkas, Secretary, U.S. Department
of Homeland Security, et al.,

                       Defendants.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion & Order dated January 14, 2022, Defendants' motion to dismiss is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

      January 14, 2022

                                                                  **RUBY J. KRAJICK**
                                                                  Clerk of Court
                                     **BY:**
                                                                      **Deputy Clerk**